<u>DEFENDANT:</u>   NICOLE SLIZESKI

<u>DOB:</u>  1978

<u>ADDRESS:</u>   Lone Tree, CO   80124

<u>COMPLAINT FILED?</u>        _____ YES     X    NO

| <u>OFFENSE:</u> | **Counts 1-5:** | 18 U.S.C. § 1344(2) – Bank Fraud |
| --- | --- | --- |
| | **Count 6** | 18 U.S.C. § 656 – Embezzlement by Bank Employee |

<u>LOCATION OF OFFENSE:</u>     Denver County, Colorado

| <u>PENALTY:</u> | **Counts 1-5:** | NMT 30 years imprisonment; a fine of NMT $1,000,000; NMT 5 years supervised release; and $100 Special Assessment |
| --- | --- | --- |
| | **Count 6** | NMT 30 years imprisonment; a fine of NMT $1,000,000; NMT 5 years supervised release; and $100 Special Assessment |

<u>AGENT:</u>           Special Agent Holly Andersen, FBI

<u>AUTHORIZED BY:</u>  Martha A. Paluch, Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL:</u>
_____  five days or less
___X_  over five days
_____  other

<u>THE GOVERNMENT</u>
_____  will seek detention in this case
____X___  will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
<u>OCDETF CASE:</u>    _____      Yes           ___X___  No