AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NICOLE SLIZESKI | ) | Case No. 16-cr-285-RM |
| | ) | |
| Defendant | ) | |

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
10:37 am, Aug 30, 2016
**JEFFREY P. COLWELL, CLERK**

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | UNITED STATES DISTRICT COURT<br>901 19th Street<br>Denver, CO 80294 | Courtroom No.: C201 |
|---|---|---|
| | | Date and Time: 09/13/2016 2:00 pm |

This offense is briefly described as follows:
Bank Fraud- 18 U.S.C. § 1344(2)
Embezzlement by Bank Employee- 18 U.S.C. § 656

Prior to court appearance, defendant shall report to probation at 9:00 a.m., 1929 Stout Street, Denver, CO and the U.S. Marshal's Service; 901 19th Street, Denver, Colorado at 10:00 a.m.

Date: 08/24/2016

s/ C. Thompson Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 8/29/2016

*Holly Andersen*
*Server's signature*

Holly Andersen, Special Agent
*Printed name and title*