Request to postpone case # 16-cr-285-RM

I received my summons to appear for court indictment on 9/13/2016.  I am asking to please postpone my court date by one day (or anything that works for the court).  Before receiving my summons I had planned a non-refundable family trip.  I am unable to cancel my trip without losing out on everything that we have paid.  I can provide any needed documentation to confirm date purchased and travel dates.  I am aware of how precious the courts time is and I am very aware of the seriousness of my charges.  I will be in Colorado on 9/14 and will be at any/every court appearance going forward.  If I was not traveling with others I would never ask to postpone.

I did speak with FBI Agent Anderson, she and the prosecutor are aware of my circumstances and are aware that I am asking for the postponement.

If you could please let me know.  I can be reached at 303-435-9017, email- 2nicnique@gmail.com

Your consideration is greatly appreciated,

Nicole Slizeski

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **NICOLE SLIZESKI** | ) |
| | )    Case No.   16-cr-285-RM |
| _____ | ) |
| *Defendant* | ) |
| | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: UNITED STATES DISTRICT COURT 901 19th Street Denver, CO 80294 | |
|---|---|
| | Courtroom No.: C201 |
| | Date and Time: 09/13/2016 2:00 pm |

This offense is briefly described as follows:
Bank Fraud- 18 U.S.C. § 1344(2)
Embezzlement by Bank Employee- 18 U.S.C. § 656

Prior to court appearance, defendant shall report to probation at 9:00 a.m., 1929 Stout Street, Denver, CO and the U.S. Marshal's Service; 901 19th Street, Denver, Colorado at 10:00 a.m.

Date: _____08/24/2016_____

s/ C. Thompson Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

Page 1 of 1



ORIGIN ID:APAA        (720) 226-4031
NICOLE SLIZESKI
PROSPECT MORTGAGE
19751 E. MAIN STREET
SUITE 330
PARKER, CO 80138
UNITED STATES US

SHIP DATE: 08SEP16
ACTWGT: 1.00 LB
CAD: 106234052/INET3790

BILL SENDER

TO   CLERKS OFFICE- CASE# 16-CR-285-RM
US DISTRICT COURT
901 19TH STREET

DENVER CO 80294
(303) 551-1180
INV
PO                    REF 3082
DEPT

FedEx
Express

E

TRK#   7771 8491 0354
0201

FRI - 09 SEP 3:00P
STANDARD OVERNIGHT

72 DENA

80294
CO-US   DEN

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

9/8/2016

https://www.fedex.com/shipping/html/en//PrintIFrame.html