IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00285-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

NICOLE SLIZESKI,

       Defendant.

_____

## NOTICE OF APPEARANCE
_____

       The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/Robert W. Pepin
       ROBERT W. PEPIN
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       robert.pepin@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2016, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant U.S. Attorney
Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Nicole Slizeski, (via email)

s/Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
robert.pepin@fd.org
Attorney for Defendant