**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.   16-cr-00285-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

NICOLE SLIZESKI,
      a/k/a NICOLE LOHMEIER,

      Defendant.

---

**GOVERNMENT'S MOTION TO DISCLOSE COPIES OF GRAND JURY MATERIALS**
**UNDER SPECIFIED CONDITIONS TO THE ATTORNEY FOR THE DEFENDANT**
**PURSUANT TO FED. R. CRIM. P. 6(e)(3)(E)(i)**

---

The United States of America (the government) moves this Court for an Order allowing the government to disclose a copy of the transcript of testimony given by a witness before the grand jury, and accompanying exhibits, to the attorney for the defendant under the conditions specified below.   As grounds for this motion, the government says:

1.    During the course of the investigation which resulted in the indictment in this case, a witness testified on one occasion before the grand jury which returned the indictment.   Defense counsel has requested, and the government is willing to provide, a copy of the transcript of this testimony and related exhibits as part of the discovery in this case.

2.   Disclosure of grand jury material may be authorized pursuant to Rule

1

6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, which provides that, "The court may authorize disclosure -- at a time, in a manner, and subject to any other conditions that it directs -- of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding. . . ."

3.   This case is a "judicial proceeding" and the requested disclosure is "in connection with" the proceeding.

4.   The government's understanding is that the usual practice of defense counsel in this district is not to provide defendants with copies of grand jury materials, but instead to orally review the contents of such materials with them.   As the government understands it, this practice flows from the concern, shared by the government and based on past events in the district, that grand jury materials might otherwise be improperly distributed by defendants.   *See United States v. Jimenez*, 928 F.2d 356, 359-61 (10th Cir.1991).

5.   Because of the nature of the materials sought to be disclosed, the timing of the contemplated disclosure, and the possibility of loss or dissemination of copies of the grand jury materials, the government requests that the Court further order that:

a.   Defense counsel make only such copies as are necessary to prepare a defense of the criminal case;

b.   Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of any Order allowing disclosure with the materials;

c.   Defense counsel provide the defendant with reasonable access to the

grand jury materials, but that defense counsel not allow the defendant to retain copies of any grand jury materials;

        d.   No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

        e.   At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within ten days.

THEREFORE, the government requests that the Court enter an Order pursuant to Rule 6(e)(3)(E)(i) allowing disclosure of a copy of the transcript of testimony given by the witness before the grand jury, and accompanying exhibits, to the attorney for the defendant on the conditions described above.

Respectfully submitted this 6th day of October, 2016.

ROBERT C. TROYER
Acting United States Attorney

s/ Martha A. Paluch
MARTHA A. PALUCH
Assistant U.S. Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. Robert Pepin
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO   80202
Robert_Pepin@fd.org

s/ *Mariah Hill*
Mariah Hill
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303 454-0100
Fax: 303 454-0402
Email:Mariah.Hill@usdoj.gov

4