IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00285-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

    1.  NICOLE SLIZESKI,

        Defendant.

_____

**UNOPPOSED MOTION RESCHEDULE STATUS CONFERENCE**
_____

    Nicole Slizeski, by and through her attorney, Assistant Federal Public Defender Robert W. Pepin, moves this Court to reschedule the status conference presently set for 10:00 a.m. on Friday, October 14, 2016.  This request is unopposed by AUSA Martha Paluch.  As grounds for this request Ms. Slizeski provides:

1.    A status conference is scheduled for Friday, October 14, 2016 at which defense's unopposed motion for an ends of justice exclusion of time is to be addressed.

2.    The defendant, Nicole Slizeski, was brought by summons to face the charges against her in this case.  She remains out of custody.

3.    Ms. Slizeski has searched for a job for many months, submitting dozens of applications.  This week she found a job filling in for a woman heading for maternity leave.

4.    The job is at Robert's Home and Repair.  Ms. Slizeski will be working as a scheduler and receptionist, aka office manager while the woman who regularly holds

the position is off having and nurturing a baby.  Ms. Slizeski will not be handling money or "books" in any way.

5.      There is, however, a scheduling problem as it relates to the new job and the scheduled status conference.  The woman going on maternity leave has one day during which to train her temporary replacement.  That day is Friday, October 14, the date of the status conference.

6.      After Friday Ms. Slizeski's employers will work with her regarding any date the Court sets.

Wherefore, the defense requests the court to reschedule the status conference. In the alternative, Ms. Slizeski would happily waiver her appearance at the status conference.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/ Robert W. Pepin*
Robert W. Pepin
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Robert_Pepin@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2016, I electronically filed the foregoing

## UNOPPOSED MOTION RESCHEDULE STATUS CONFERENCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant U.S. Attorney
Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Ms. Slizeski (U.S. Mail)

_s/ Robert W. Pepin_____
Robert W. Pepin
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Robert_Pepin@fd.org
Attorney for Defendant