# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE RAYMOND P. MOORE

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 19, 2016 |
| Court Reporter: Tammy Hoffschildt | Time: 14 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO.  16-CR-00285-RM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Martha Paluch |
| Plaintiff, | |
| vs. | |
| **NICOLE SLIZESKI,** | Robert Pepin |
| Defendant. | |

## HEARING ON MOTION TO CONTINUE

**8:58 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

**Defendant's Unopposed Motion to Vacate Trial Date and Schedule Status Conference [Docket No. 19]**

Comments by Mr. Pepin in response to the Court's questions.

Comments by Ms. Paluch advising of no objection to the defendant's motion for a continuance.

Page Two
16-CR-00285-RM
October 19, 2016

Court states its findings and concludes that failure to grant a continuation of a trial would likely result in a miscarriage of justice within the meaning of 18, United States Code, Section 3161(h)(7)(B)(i).  Even considering due diligence, failure to grant the motion would deny counsel for the defendant the reasonable time necessary for effective pretrial or trial preparation within the meaning of 3161(h)(7)(B)(iv).  An additional **120 days** should be excluded from the computation of speedy trial, and therefore the ends of justice serve by granting the motion outweighs the best interests of the public and also the defendant within the meaning of 18, United States Code, Section 3161(h)(7)(A).

**ORDERED:**  Defendant's Unopposed Motion to Vacate Trial Date and Schedule Status Conference [Docket No. 19], is **GRANTED**.

**ORDERED:**  Defendant's motions are due **January 30, 2017.**  Government's responses are due **February 20, 2017.**

**ORDERED:**  Bond is continued.

**9:12 a.m.**     **COURT IN RECESS**

**Total in court time:**      14 minutes

**Hearing concluded**