IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00285-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. NICOLE SLIZESKI,
    a/k/a NICOLE LOHMEIER,

        Defendant.
_____

**ENTRY OF APPEARANCE AS FORFEITURE COUNSEL FOR THE UNITED STATES**
_____

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as forfeiture counsel for:

United States of America

DATED this 17th day of January, 2017.

        Respectfully submitted,

        ROBERT C. TROYER
        Acting United States Attorney

By:  s/ *Laura B Hurd*
      Laura B. Hurd
      Assistant United States Attorney
      1225 Seventeenth Street, Ste. 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0402
      E-mail: laura.hurd@usdoj.gov
      *Attorney for the United States*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of January, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

                               *s/ Jody Gladura*
                               FSA Data Analyst
                               United States Attorney's Office