IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00285-RM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    NICOLE SLIZESKI
      a/k/a Nicole Lohmeier

        Defendant.

---

NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING

---

The defendant, Nicole Slizeski, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in this case. Ms. Slizeski requests that a change of plea hearing be set for the Court to consider the proposed plea agreement.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/Robert W. Pepin
        ROBERT W. PEPIN
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        robert.pepin@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2017, I electronically filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant United States Attorney
E-mail:  martha.paluch@usdoj.gov

Laura Beth Hurd, Assistant United States Attorney
E-mail:  laura.hurd@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Nicole Sllizeski (via mail)

s/Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
robert.pepin@fd.org
Attorney for Defendant