IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: March 8, 2017 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.  16-cr-00285-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| 1.  NICOLE SLIZESKI, | Robert Pepin |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:**     1:31 p.m.
Appearances of counsel.   Defendant is present and on bond.

Defendant sworn and answers true name.   Defendant is 38 years old.

**EXHIBITS:**   Plea documents received.

Defendant waives reading of the Indictment.

Defendant pleads GUILTY to Count 5 of the Indictment and admits to the forfeiture allegation.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Court's findings and conclusions.

Court accepts plea of guilty.

Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED:**  Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED:**  Sentencing is set for **June 1, 2017, at 1:00 p.m.**

**ORDERED:**  The Probation Department is authorized to conduct an independent investigation with respect to restitution only.

**ORDERED:**  Any information, release, data, or material provided to the Probation Department by the defendant shall be used by the Probation Department only for the preparation of the report and for no other purposes without further order or authorization from the Court.

**ORDERED:**  Defendant is continued on bond.

**COURT IN RECESS:**     2:06 p.m.
**Total in court time:**     00:35
**Hearing concluded**