## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Criminal Case No. 16-cr-00285-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. NICOLE SLIZESKI,
   a/k/a NICOLE LOHMEIER,

        Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT NICOLE SLIZESKI**
_____

        THIS MATTER comes before the Court on the United States' Motion for a Preliminary Order of Forfeiture (ECF No. 37), pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

        The Court having read said Motion and being fully advised in the premises finds:

        1.      On August 24, 2016, the Grand Jury charged defendant Nicole Slizeski in Counts One through Five with violations of 18 U.S.C. § 1344(2) and Count Six with a violation of 18 U.S.C. § 656.  The Indictment also sought forfeiture in the form of a personal money judgment against defendant Nicole Slizeski pursuant to 18 U.S.C. § 982(a)(2)(A), in the amount of proceeds obtained by the scheme and by the defendant.

        2.      On March 8, 2017, the United States and defendant Nicole Slizeski entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment

pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $138,885.83 is subject to forfeiture through the commission of the offense for which defendant Nicole Slizeski has pleaded guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Nicole Slizeski in the amount of $138,885.83 shall be entered in accordance with 18 U.S.C. § 982(a)(2)(A) and Fed. R. Crim. P. 32.2(b)(2).

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

DATED this 12th day of April, 2017.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge