IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00285-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    NICOLE SLIZESKI,

       Defendant.

_____

**MOTION TO RESTRICT ACCESS**
_____

Nicole Slizeski, by and through undersigned counsel, Assistant Federal Public Defender Robert W. Pepin, respectfully requests that Document Numbers 41 and 42 be restricted at Level 2.

                Respectfully submitted,

                VIRGINIA L. GRADY
                Federal Public Defender

                *s/ Robert W. Pepin*
                Robert W. Pepin
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO  80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                Robert_Pepin@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2017, I electronically filed the foregoing **Motion to Restrict** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch, Assistant U.S. Attorney
    Email:  Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Nicole Slizeski (U.S. Mail)

                                    *s/ Robert W. Pepin*
                                    Robert W. Pepin
                                    Assistant Federal Public Defender
                                    633 17th Street, Suite 1000
                                    Denver, CO  80202
                                    Telephone:  (303) 294-7002
                                    FAX:  (303) 294-1192
                                    Robert_Pepin@fd.org
                                    Attorney for Defendant