IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00285-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NICOLE SLIZESKI,

    Defendant.
_____

**MOTION TO RESTRICT ACCESS**
_____

Nicole Slizeski, by and through undersigned counsel, Assistant Federal Public Defender Robert W. Pepin, respectfully requests that Document Numbers 50 and 51 be restricted at Level 2.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    *s/ Robert W. Pepin*
    Robert W. Pepin
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Robert_Pepin@fd.org

## CERTIFICATE OF SERVICE

  I hereby certify that on May 18, 2017, I electronically filed the foregoing **Motion to Restrict** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Martha Ann Paluch, Assistant U.S. Attorney
  Email:  Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Nicole Slizeski (U.S. Mail)

           *s/ Robert W. Pepin*
           Robert W. Pepin
           Assistant Federal Public Defender
           633 17th Street, Suite 1000
           Denver, CO  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           Robert_Pepin@fd.org
           Attorney for Defendant