**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   16-cr-00285-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICOLE SLIZESKI,
    a/k/a NICOLE LOHMEIER,

    Defendant.

---

**GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE**

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves the Court, after having accepted Defendant Nicole Slizeski's plea of guilty to Count 5 of the Indictment and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Counts 1-4, and 6 of the Indictment at the time of sentencing.

Respectfully submitted this 24th day of May, 2017.

                                              ROBERT C. TROYER
                                              Acting United States Attorney

                                              *s/ Martha A. Paluch*
                                              MARTHA A. PALUCH
                                              Assistant U.S. Attorney
                                              1801 California Street, Suite 1600
                                              Denver, CO 80202
                                              Telephone 303-454-0100
                                              Facsimile 303-454-0402
                                              Email: martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following e-mail addresses:

Mr. Robert Pepin
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO   80202
Robert_Pepin@fd.org

*s/  Mariah Hill*_____
Mariah Hill
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
303 454-0100
Fax: 303 454-0402
Mariah.Hill@usdoj.gov

2