**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   16-cr-00285-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICOLE SLIZESKI,
    a/k/a NICOLE LOHMEIER,

    Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)**

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).  Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

1

Respectfully submitted this 24th day of May, 2017.

ROBERT C. TROYER
Acting United States Attorney


*s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following e-mail addresses:

Mr. Robert Pepin
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO   80202
Robert_Pepin@fd.org


*s/  Mariah Hill*
Mariah Hill
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303 454-0100
Fax: 303 454-0402
Email:Mariah.Hill@usdoj.gov