IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   16-cr-00285-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICOLE SLIZESKI
    a/k/a NICOLE LOHMEIER.

    Defendant.
_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT**
_____

The United States of America, by and through Acting United States Attorney Robert C. Troyer and the undersigned Assistant United States Attorney, respectfully moves to restrict the document, any Order revealing the contents of that document, and the Brief filed in support of this motion, for the reasons stated in the Brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, any Order revealing the contents of that document and the Brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

Respectfully submitted this 26th day of May, 2017.

                        ROBERT C. TROYER
                        Acting United States Attorney

                        By:  *s/ Martha A. Paluch*
                        MARTHA A. PALUCH
                        Assistant United States Attorney
                        United States Attorney's Office
                        1801 California Street, Suite 1600
                        Denver, Colorado 80202
                        Telephone: (303) 454-0100
                        Email: Martha.Paluch@usdoj.gov
                        Attorney for the United States