IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   16-cr-00285-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

NICOLE SLIZESKI,
      a/k/a NICOLE LOHMEIER,

      Defendant.

---

## ORDER TO RESTRICT DOCUMENT

---

This matter is before the Court on the Government's Motion to Restrict Document.  Upon consideration and for good cause shown,

IT IS ORDERED that the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby restricted until further Order by the Court.

IT IS ORDERED that said Document, the United States' Brief in Support of Motion to Restrict Document, as well as any Order revealing the contents of that document, are hereby at a  "Level 2 Restriction" and will be "viewable by selected parties & court" only.

IT IS SO ORDERED on this ____ day of May, 2017.

_____
RAYMOND P. MOORE
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO