IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:16-cr-00285-RM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NICOLE SLIZESKI,

        Defendant.

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

    IT IS ORDERED that Defendant, NICOLE SLIZESKI, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden at FMC Carswell, J Street, Building 3000 in Fort Worth, Texas 76127, on June 27, 2017, by 12:00 p.m., and will travel at her own expense.

    DATED at Denver, Colorado, this __14th__ day of June, 2017.

                            BY THE COURT:

                            *(signature)*

                            RAYMOND P. MOORE
                            United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**U.S. v. NICOLE SLIZESKI**
Criminal Case No. 1:16-cr-00285-RM-1

## CERTIFICATE OF MAILING/DELIVERY

I hereby certify that a copy of the Order to Surrender in Lieu of Transportation by the United States Marshal signed on _____, was delivered/mailed to the following on _____:

                                                   Mailed

Assistant U.S. Attorney         U.S. Marshal
1225 Seventeenth St., Suite 700   Denver, CO
17th Street Plaza
Denver, CO 80202                Delivered

Delivered

                                          LAVETRA A. CASTLES
                                          CHIEF PROBATION OFFICER

                                            By: _____

                                            Support Specialist