PS 40  (Rev. 12/13) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

TO:   Office of Legal Affairs
U.S. Department of State
CA/PPT/S/L/LA
U.S. Department of State, SA-17A
1150 Passport Service Plaza
Dulles, VA 20189-1150

FROM:

[ ] Original Notice
Date: 9/16/16
By: A. Meza

[X] Notice of Disposition
Date: April 2, 2018
By: S. Grimm

Defendant: Nicole Slizeski
Date of Birth: 5/28/1978
SSN: _____

Case Number: 16-cr-00285-RM-1
Place of Birth: Michigan

Notice of Court Order (Order Date: _____ 2016 )

[ ] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[X] The above-named defendant surrendered passport number 445056259 and/or passport card number _____ to the custody of the U.S. District Court on 9/16/16 .

## NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[X] Defendant convicted – Document and copy of judgment enclosed.

Distribution:
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court