**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Total F  U.S. Department of State
Sent To  CA/PPT/L/LA
Street & 44132 Mercure Circle
or PO B  P.O. Box 1227
City, Sta Sterling, VA  20166-1227

PS Form 3800, July 2014   See Reverse for Instructions

7014 3490 0001 5489 6397
7014 3490 0001 5489 6397

**CERTIFIED MAIL®**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7014 3490 0001 5489 6397